IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| FG SRC LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>INTEL CORPORATION,<br><br>    Defendant. | §§§§§§§§§§§<br><br>Case No. 6:20-CV-00315-ADA<br><br>Jury Trial Demanded |

## JOINT STIPULATION TO TRANSFER VENUE TO AUSTIN DIVISION

WHEREAS, the above-captioned action was filed by Plaintiff FG SRC LLC ("Plaintiff") against Defendant Intel Corporation ("Defendant") in the United States District Court for the Western District of Texas, Waco Division on April 24, 2020.

WHEREAS, in the above-captioned action, Plaintiff alleges that certain of Defendant's products (the "Accused Products") infringe U.S. Patent No. 7,149,867 ("the '867 Patent"); Defendant denies those allegations.

WHEREAS, pursuant to 28 U.S.C. § 1404(b), Defendant alleges that transferring the above-captioned action to the United States District Court for the Western District of Texas, Austin Division, would serve the convenience of the parties and witnesses and the interest of justice; and Plaintiff consents to the filing of this joint stipulation so long as the transferred case remains on the docket of United States District Judge Alan D Albright.

NOW, THEREFORE, Plaintiff and Defendant, through their respective counsel, hereby jointly stipulate to the entry of an Order transferring the above-captioned action to the United States District Court for the Western District of Texas, Austin Division and that the transferred

1

case will remain on the docket of United States District Judge Alan D Albright. Plaintiff and Defendant request that an Order be entered directing the Clerk of Court to transfer the above captioned case to the Austin Division but to remain on the docket of this Court.[1]

---

[1] Intel asserts that whether venue in either division (Waco or Austin) is appropriate depends on the facts of the case. Here, Intel is not seeking to transfer out of the District because facts, balance of convenience, and public and private factors in this particular case do not warrant transfer out of the District. However, given the extent of Intel's operations in other states, transfer out of this District may be appropriate in other cases involving different circumstances.

<table>
<tr><td>Dated: August 6, 2020</td><td>Respectfully submitted,</td></tr>
<tr><td>

By: */s/ Ari Rafilson*
Price Ainsworth (TX Bar No. 00950300)
price@ainsworth-law.com
Law Offices of Price Ainsworth, P.C.
48 East Avenue
Austin, Texas 78701
Tel: (512) 233-1111
Fax: (512) 472-9157

Michael W. Shore (Texas 18294915)
Alfonso G. Chan (Texas 24012408)
Ari B. Rafilson (Texas 24060456)
William D. Ellerman (Texas 24007151)
SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: (214) 593-9110
Facsimile: (214) 593-9111

***Counsel for Plaintiff FG SRC LLC***

</td><td>

By: */s/ Brian C. Nash*
Brian C. Nash
TX Bar No. 24051103
brian.nash@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
401 Congress Avenue, Suite 1700
Austin, TX 78701
Tel: 512-580-9629
Facsimile: 512-580-9601

Callie A. Bjurstrom (*pro hac vice*)
CA Bar No. 137816
callie.bjurstrom@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
501 West Broadway, Suite 1100
San Diego, CA 92101-3575
Telephone: 619-234-5000
Facsimile:619-236-1995

Ranjini Acharya (*pro hac vice*)
CA Bar No. 290877
ranjini.acharya@pillsburylaw.com
Matthew W. Hindman (*pro hac vice* to be filed)
CA Bar No. 247707
matthew.hindman@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
2550 Hanover Street
Palo Alto, CA 94304
Telephone (650) 233-4500
Facsimile: (650) 233-4545

***Counsel for Defendant Intel Corporation***

</td></tr>
</table>

## **CERTIFICATE OF CONFERENCE**

I hereby certify that the parties met and conferred on August 6, 2020, and that Plaintiff and Defendant agreed to request the relief sought herein.

*/s/ Brian C. Nash*
Brian C. Nash

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on August 6, 2020.

                                              */s/ Brian C. Nash*
                                              Brian C. Nash